UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

       -against-                                   :        00 Cr. 632 (WHP)

Sebastian Rametta,                                   :        ORDER
                        Defendant.       :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The Government is to reply to Defendant's letter, ECF no. 856 by January 8, 2021.

Dated: December 10, 2020
       New York, New York

                          SO ORDERED:

                          _____
                          WILLIAM H. PAULEY III
                              U.S.D.J.