UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                             :

        -against-                                                    :        00 Cr. 632 (WHP)

Sebastian Rametta,                                            :        <u>ORDER</u>
                              Defendant.    :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

      <u>Pro se</u> Defendant Sebastian Rametta moves for certification of relief from civil disabilities. (ECF No. 856.) Defendant's motion is denied without prejudice.

      On June 4, 2001, this Court sentenced Rametta principally to 3 years of supervised release. Rametta successfully completed supervision in 2004.

      Rametta's "application . . . is properly made, not to this court, but to the New York State authorities." <u>United States v. Fierman</u>, 2002 WL 31640575, *1 (S.D.N.Y. Nov. 20, 2002). (citing <u>United States v. Helmsley</u>, 575 N.Y.S.2d 1009, 1012 (Sup. Ct. 1991) ("While federal courts are not authorized to issue a certificate of relief, one may apply to the state Supreme Court to obtain a certificate of relief from a federal conviction").

      Accordingly, Rametta's application is denied without prejudice so that he may file his request with a New York State court. Chambers staff will mail a copy of this Order to Defendant.

Dated: February 9, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.